United States District Court
Southern District of Texas
**ENTERED**
September 24, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADRIANNA GARZA, individually and on behalf of all others similarly situated, § § § § Plaintiff, § § v. § § COMMONWEALTH FINANCIAL § SYSTEMS, INC., FIRST FINANCIAL § INVESTMENT FUND V LLC, and § JOHN DOES 1-25, § § Defendants. § | Case No. 4:19-cv-01295 |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Adrianna Garza, and defendants, Commonwealth Financial Systems, Inc. and First Financial Investment Fund V LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 24, 2019

*[signature]*
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE